UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©)

THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

**Order Filed on August 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Bianca L. Holloway

Case No.: 17- 24066
Hearing Date:
Judge: ABA

# ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: August 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Bianca L. Holloway

Case No.: 17-24066

Order Extending Automatic Stay

      THIS MATTER having been opened to the Court upon Notice of Motion of Thomas E. Dowey, Esquire, Attorney for Debtor, Bianca L. Holloway and Chapter 13 Trustee, Isabel Balboa, Esquire and all creditors, having been provided Notice, and the Court having read and considered the papers submitted, no cause being shown to the contrary, and for good cause demonstrated;

      IT IS ORDERED as follows:

    1. The automatic stay as to all creditors of the Chapter 13 case of Bianca L Holloway, Case No.: 17-24066, is hereby EXTENDED pursuant to sections 362(c)(3)(B) and 105(a).