UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©

THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

**Order Filed on August 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Bianca L. Holloway

Case No.: 17- 24066
Hearing Date:
Judge: ABA

# ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: August 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Bianca L. Holloway

Case No.: 17-24066

Order Extending Automatic Stay

    THIS MATTER having been opened to the Court upon Notice of Motion of Thomas E. Dowey, Esquire, Attorney for Debtor, Bianca L. Holloway and Chapter 13 Trustee, Isabel Balboa, Esquire and all creditors, having been provided Notice, and the Court having read and considered the papers submitted, no cause being shown to the contrary, and for good cause demonstrated;

    IT IS ORDERED as follows:

    1. The automatic stay as to all creditors of the Chapter 13 case of Bianca L Holloway, Case No.: 17-24066, is hereby EXTENDED pursuant to sections 362(c)(3)(B) and 105(a).

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24066-ABA
Bianca L Holloway                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1           Date Rcvd: Aug 07, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
db            +Bianca L Holloway,   153 W. Greenfield Ave.,   Pleasantville, NJ 08232-3413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
              Thomas E. Dowey    on behalf of Debtor Bianca L Holloway tdesquire@hotmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5