Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  17−24066−ABA
                          Chapter:  13
                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bianca L Holloway
   aka Bianca Green
   153 W. Greenfield Ave.
   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−1283

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 25, 2017
JAN: bc

                                                            Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24066-ABA
Bianca L Holloway                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Sep 25, 2017
                              Form ID: 148             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db             +Bianca L Holloway,    153 W. Greenfield Ave.,    Pleasantville, NJ 08232-3413
516933165      +AT&T Mobility II, LLC c/o AT&T Servicies,     One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
516933163      +Amerassist AR Solution,    445 Hutchinson Ave.,    Columbus, OH 43235-5677
516933164       American InfoSource as agent for,    T Mobile/T-Mobile USA Inc,    Oklahoma City, OK 73124
516933166      +Collections & Recoveries,    207 Tilton Road,    P.O. Box 35,    Northfield, NJ 08225-0035
516933167      +DBA Paragon Revenue Group,    P.O. Box 128,    Concord, NC 28026-0128
516933168      +Enhansed Recovery Co. LLC,    P.O. Box 57610,    Jacksonville, FL 32241-7610
516933169      +KML Law Group,    Suite 5000-BNY Independence Center,    701 Market St.,
                 Philadelphia, PA 19106-1538
516933170       M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516962459      +US Department of Housing and,    Urban Development,    451 7th Street S W,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 23:19:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@southjerseyfcu.com Sep 25 2017 23:19:48
                 South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
                 Deptford, NJ 08096-0530
517012428       E-mail/Text: camanagement@mtb.com Sep 25 2017 23:19:32     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0140
516933171      +E-mail/Text: Supportservices@receivablesperformance.com Sep 25 2017 23:20:24
                 Receivables Performance Management,    20816 44th Ave. W.,    Lynnwood, WA 98036-7744
516933173      +EDI: RMSC.COM Sep 25 2017 22:58:00      SYNCB/JC Penny,    P.O. Box 965007,
                 Orlando, FL 32896-5007
516933172      +E-mail/Text: bankruptcy@southjerseyfcu.com Sep 25 2017 23:19:47
                 South Jersey Fed Credit Union,    P.O. Box 5530,    Woodbury, NJ 08096-0530
516953308      +EDI: AIS.COM Sep 25 2017 22:58:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517058726      +EDI: AIS.COM Sep 25 2017 22:58:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
              Thomas E. Dowey    on behalf of Debtor Bianca L Holloway tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```